IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMOS WESTMORELAND,

   Plaintiff,

    v.

ADELE P. GRUBBS, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-2080-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge that it be dismissed. As set forth in the Report and Recommendation, the claims against all of the Defendants except the Justices of the Georgia Supreme Court are barred by the statute of limitations. The Justices of the Georgia Supreme Court are immune from suit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 16 day of August, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Westmoreland\r&r.wpd